■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE COOPER, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment of conviction, after a jury trial, of criminal possession of stolen property in the first degree (Penal Law § 165.50), arguing that the evidence was legally insufficient and that the court's supplemental charge was erroneous.

The evidence, viewed in the light most favorable to the People *(see, People v Kennedy,* 47 NY2d 196), was legally sufficient to establish each element of the crime. Defendant's challenges involve issues of credibility, not legal sufficiency.

We have considered the other points raised and find them to be without merit. (Appeal from judgment of Monroe County Court, Corning, J.—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Hancock, Jr., Callahan, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LITTLE, Appellant.—Judgment unanimously affirmed *(see, People v Ford,* 62 NY2d 275). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—assault, third degree, and grand larceny, third degree.) Present—Dillon, P. J., Hancock, Jr., Callahan, Green and Pine, JJ.

■ LAURENTINO AQUINO et al., Appellants, v METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY, Respondent, et al., Defendants.—Order and judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Stiles, J. *(see, Martinez v Lazaroff,* 48 NY2d 819; *Ventricelli v Kinney Sys. Rent A Car,* 45 NY2d 950, *mod on other grounds* 46 NY2d 770; *Rivera v City of New York,* 11 NY2d 856). (Appeal from order and judgment of Supreme Court, Ontario County, Stiles, J.—summary judgment.) Present—Dillon, P. J., Hancock, Jr., Callahan, Green and Pine, JJ.